Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorney for Plaintiff, LYNN REED CHAVEZ

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| LYNN REED CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT ADJUSTERS,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

# **COMPLAINT**

LYNN REED CHAVEZ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NATIONAL CREDIT ADJUSTERS, (Defendant):

# **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection

1. practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the State of Arizona, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in the city of Peoria, Maricopa County, Arizona and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

COMPLAINT AND DEMAND FOR JURY TRIAL

9. Defendant is a corporation with a business office in Hutchinson, Kansas.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant has placed constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant called Plaintiff at telephone number (623) 486-5194.

13. Defendant called Plaintiff from telephone number (877) 236-5810.

14. Defendant failed to meaningfully disclose its identity.

15. Defendant failed to identify itself as a debt collector.

16. Defendant failed to provide a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17. Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   b. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector

     c. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, LYNN REED CHAVEZ, respectfully requests judgment be entered against Defendant, NATIONAL CREDIT ADJUSTERS, for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, LYNN REED CHAVEZ, demands a jury trial in this cause of action.

                                                     RESPECTFULLY SUBMITTED,

DATED: November 19, 2009         KROHN & MOSS, LTD.

                               By: /s/ Ryan Lee
                                   Ryan Lee
                                   Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, LYNN REED CHAVEZ, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LYNN REED CHAVEZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11-12-09

LYNN REED CHAVEZ

Rudolph J Chavez

Hello, this message is for Lynn Reed-Chavez. This is not a telemarketing call. We are calling in reference to the letter that we sent you. Please call us toll free at 1-877-236-5810. Please refer to account number 3976987, Monday Through Thursday between 8 a.m. and 8 p.m. and Friday between 8 a.m. and 12 p.m. Central Time. Once again, this is an important call for Lynn Wayne Chavez. Please call Joseph at 1-877-236-5810 and reference to the letter that we sent you about account number 3976987. Thank you. Good Bye.

Hello, this is a message for Lynn Reed-Chavez. This is not a telemarketing call. We are calling in regards to a settlement offer NCA recently sent you. We would like to offer you an additional discount till October 31st, 2009 till 11 a.m. Central Time. Please refer to account number 3976987. You can contact us Friday between 8 a.m. to 5 p.m. and Saturday 8 a.m. to 11 a.m. Central Time. Once again this is an important call for Lynn Reed Chavez. Please ask for Robert at 1-877-236-5810 to get your additional discount.

From:  Lynn Reed Chavez

Re:  National Credit Adjusters – Call Log

---

| | | |
|---|---|---|
| 10/21/09 | 8:18 a.m. | Call from (877) 236-5810 |
| 10/29/09 | 3:29 p.m. | Call from (877) 236-5810 |
| 10/30/09 | 8:15 a.m. | Call from (877) 236-5810 |
| 11/1/09 | | Call from (877) 236-5810 Message from Joseph |

National Credit Adjusters did not disclose their identity in any of these calls.  Only made comment as to Ref. No. 3976987.